UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAKOB MEDVE, TRUSTEE, et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Case No. 4:14-cv-00171 |
| | ) |
| THE ESTATE OF ROBERT | ) |
| HAWKINS, DECEASED, | ) |
| | ) |
| Respondent. | ) |

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Petitioner, Hilltop Townhomes, Inc., hereby gives notice to the following corporate interests that are herewith disclosed:

1. The parent companies of the Corporation:
   None

2. Subsidiaries not wholly owned by the Corporation:
   None

3. Any publicly held company that owns ten percent (10%) or more of the Corporation:
   None

Dated: January 31, 2014

1504-001/65825

Respectfully submitted,

FRANKEL, RUBIN, BOND, DUBIN,
SIEGEL & KLEIN, P.C.

By:/s/ Mayer S. Klein
Mayer S. Klein, #MO32605
mklein@frankelrubin.com
Michael J. Payne, #MO51967
mpayne@frankelrubin.com
Yaakov Y. Klein, #MO64516
yklein@frankelrubin.com
231 South Bemiston Avenue, Suite 1111
Clayton, Missouri 63105
Telephone: (314) 725-8000
Facsimile: (314) 726-5837
*Attorneys for Petitioners*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on each of the counsel for Respondent in the underlying arbitration and identified below by electronic mail on January 31, 2014, to:

John R. Munich
David J. Binder
Kimberly M. Steuterman
Stinson Leonard Street LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
jmunich@stinson.com
dbinder@stinson.com
ksteuterman@stinson.com

/s/ MAYER S. KLEIN