## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JAKOB MEDVE, TRUSTEE, et al., ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-00171 |
| ) | |
| THE ESTATE OF ROBERT ) | |
| HAWKINS, DECEASED, ) | |
| ) | |
| Respondent. ) | |

### MEMORANDUM PASSING FOR SETTLEMENT

COME NOW Petitioners and hereby pass this matter for settlement.

    Respectfully submitted,

    FRANKEL, RUBIN, BOND, DUBIN,
      SIEGEL & KLEIN, P.C.

    By:/s/ Mayer S. Klein
    Mayer S. Klein, #MO32605
    mklein@frankelrubin.com
    Michael J. Payne, #MO51967
    mpayne@frankelrubin.com
    Yaakov Y. Klein, #MO64516
    yklein@frankelrubin.com
    231 South Bemiston Avenue, Suite 1111
    Clayton, Missouri  63105
    Telephone: (314) 725-8000
    Facsimile:  (314) 726-5837
    *Attorneys for Petitioners*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was served on each of the counsel for Respondent in the underlying arbitration and identified below by electronic mail on April 11, 2014 to:

John R. Munich
David J. Binder
Kimberly M. Steuterman
Stinson Leonard Street LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
jmunich@stinson.com
dbinder@stinson.com
ksteuterman@stinson.com

                                          /s/ MAYER S. KLEIN

1504-001/65774