## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JAKOB MEDVE, TRUSTEE, *et al.*, )<br>  )<br>   Plaintiffs, )<br>  )<br> v. )<br>  )<br> THE ESTATE OF ROBERT HAWKINS, )<br> DECEASED, )<br>  )<br>   Defendant. ) | Case No. 4:14-CV-00171-ERW |

### DISMISSAL WITH PREJUDICE

COME NOW Jakob Medve as Trustee of the Jakob Medve Revocable Trust u/t/a dated December 21, 1993, Hilltop Townhomes, Inc., and The Arts Apartments at Park Place, L.P. (f/k/a Barrington Crossing Limited Partnership) and hereby dismiss their Petition to Partially Vacate Arbitration Panel's Award of December 23, 2013, with prejudice. Parties to bear their own costs.

Dated: 5/19/14

Respectfully submitted,

FRANKEL, RUBIN, BOND, DUBIN,
SIEGEL & KLEIN, P.C.

By: /s/Mayer S. Klein
    Mayer S. Klein, #32605
    Michael J. Payne, #51967
    Yaakov Y. Klein, #64516
    231 South Bemiston, Suite 1111
    St. Louis, Missouri 63105
    Telephone: 314-725-8000
    Facsimile: 314-726-5837
    mklein@frankelrubin.com
    mpayne@frankelrubin.com
    yklein@frankelrubin.com

*Attorneys for Plaintiffs*

DB04/0831759.0002_0001/10654520.1

## CERTIFICATE OF SERVICE

On 5/19, 2014, copy of the foregoing was served via the Court's electronic notification system on the following parties of record:

John R. Munich
John W. Moticka
Kimberly M. Steuterman
Stinson Leonard Street LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314-863-0800
Facsimile: 314-863-9388
john.munich@stinsonleonard.com
john.moticka@stinsonleonard.com
kimberly.steuterman@stinsonleonard.com

*Attorneys for Respondent*

and via e-mail to:

Matt Lacy: mattlacy@adr.org
Charles Weiss: cweiss@bryancave.com
Richard Sher: rsher@scwstl.com
Maury Poscover: maury.poscover@huschblackwell.com

*Arbitration Case Manager and Arbitration Panel*

/s/Mayer S. Klein

2

DB04/0831759.0002_0001/10654520.1